Name: Elliott J. Santos
Emergency Services Skid es Row Legal Department Assets Liabilities Coverages
Address:
1956 W. Acacia Ave suite #41 Hemet CA 92543
Telephone Phone: (951)467-9778
Email: elliottsantos144@gmail.com

FILED
OCT 16 2026
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY wxA DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Elliott J. Santos
Emergency Services Skid es Row Legal Department Assets Liabilities and Coverages,
Plaintiff(s),
v.
United States
9th Circuit District Court,
Defendant(s).

Case No.: '26CV5946 CAB GC
(assigned at time of filing)

**COMPLAINT**

17 U.S.C 2319
18 U.S.C 1001
15 U.S.C 45
12 U.S.C 24

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?

☐ Yes ☒ No

b. If yes, please list the case numbers here:

## II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1. FDIC FTC STOCK EXCHANGE WORLD STOCK MARKET TRADER INSIDE SECRETS THE TRUMP ACCOUNTS TO DEFEND TRADE SECRETS Fair TRADE Practice AND COMMERCE All RIGHTS RESERVED COPYRIGHT

2. MY ORIGINAL LETTER HEADS #1-4 El CHAPO Prison Letters All RIGHTS RESERVED COPYRIGHTS Personality RIGHTS PATENT TRADEMARKS TO DEFEND TRADE SECRETS

EMERGENCIA SERVICIOS
BARRIO BAJO SALA DE JUSTICIA
ABOGADO NEGOCIOS Secretos Depositos En Recursos

3. 2026 Gubernatorial Election RIVERSIDE COUNTY SHERIFF CHAD BIANCO TACKLING Homeless CRISIS KTLA 5 NEWS SEGMENTS

All RIGHTS Reserved COPYRIGHT Personality RIGHTS PATENT TRADEMARKS TO DEFEND TRADE SECRETS

EMERGENCY SERVICES SKID ROW

4. EMERGENCY SERVICES SKID ROW LEGAL DEPT

THE STAR OF THE SHOW THE UNITED STATES emergency SERVICES SKID ROW WORLDWIDE Humanitarian Relief EFFORT

Proposition 28

THE US Rural ECONOMIC Development PLAN

US Penalties Regulatory Guidelines STATE AND FEDERAL FOR HONORING Policies

Elliotts LAW

**III. RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

EMERGENCY SERVICES SLIDESROW
TO HONOR MY All RIGHTS RESERVED
COPYRIGHTS Personality RIGHTS
PATENT TRADEMARK
TO DEFEND SECRETS
UNDER US for my 1-4 companies
Penalties AND FDIC TAX INCENTIVE
PATENT TRADEMARK
Regulatory TO DEFEND
TRADE SECRETS
Guidelines
STATE AND FEDERAL
FOR HONORING Policies

**IV. DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

Oct 13 2026
Date

Elliott J. Santos
Signature

Elliott J. Santos
Printed Name