UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ELLIOT J. SANTOS,

Plaintiff,

v.

UNITED STATES 9TH CIRCUIT DISTRICT COURT,

Defendant.

Case No.: 3:26-cv-5946-CAB-GC

**ORDER DENYING AMENDED MOTION TO PROCEED IN FORMA PAUPERIS**

**[Doc. No. 5]**

On October 27, 2026, the Court denied Plaintiff's motion to procced in forma pauperis ("IFP"). [Doc. No. 4.] Now before the Court is Plaintiff's amended motion to proceed IFP. [Doc. No. 5.]

In his amended application, Plaintiff reports no income or expenses, entering "N/A" in nearly every category. [Doc. No. 5.] These responses fail to "allege poverty with some particularity, definiteness and certainty." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (citation modified). This amended application also conflicts with Plaintiff's earlier financial affidavit, in which he reported $111 in expenses for the last year, [Doc. No. 3 at 4], and his motion to appoint counsel, in which he reported monthly living expenses of $1,700, [Doc. No. 2 at 6]. Plaintiff does not explain these discrepancies in his amended application.

Accordingly, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's amended motion to proceed IFP. [Doc. No. 5.] The deadline of **<u>December 1, 2026</u>** remains in effect. [*See* Doc. No. 4 at 2.] By that date, Plaintiff must either pay the required filing fee or file a new motion to proceed IFP that accurately describes his income and expenses and explains the discrepancies identified above. <u>If Plaintiff fails to do so, the Clerk of the Court is directed to dismiss this action without prejudice and close the case.</u>

It is **SO ORDERED**.

Dated: November 19, 2026

Hon. Cathy Ann Bencivengo
United States District Judge